UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT VILLA, | Case No. 2:24-cv-10005-FWS-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| MDC LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: April 1, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE